IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01008-ZLW

RUSSELL M. BOLES,

    Applicant,

v.

KEVIN MILYARD (Warden),

    Respondent.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2007

GREGORY C. LANGHAM
                  CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant, Russell M. Boles, filed *pro se* on August 28, 2007, a motion titled "Motion for Rehearing" in which he asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on August 13, 2007. The Court must construe the motion liberally because Mr. Boles is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). **See id.** at 1243. Mr. Boles' motion to reconsider, which was filed more than ten days after the Court's

Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant habeas corpus action without prejudice for Mr. Boles' failure to comply with the directives of the June 18, 2007, order by filing an amended application that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, that asserted the appropriate claims in a 28 U.S.C. § 2241 (1994) application, and that demonstrated exhaustion of state-court remedies for the asserted habeas corpus claims. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Boles fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion for Rehearing" filed on August 28, 2007, which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 12 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01008-BNB

Russell M. Boles
Prisoner No. 90379
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9-12-07

                                        GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                      Deputy Clerk